**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy           **12/15**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Angels of the Valley Hospice Care, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **81-0593754** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2600 Foothill Blvd Suite 202** <br> **La Crescenta, CA 91214** <br> Number, Street, City, State & ZIP Code | <br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles** <br> County | Location of principal assets, if different from principal place of business <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

| Debtor | Angels of the Valley Hospice Care, LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**7.    Describe debtor's business**

A. *Check one:*

- ■ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.

____

**8.    Under which chapter of the Bankruptcy Code is the Debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
    - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).
    - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
    - ☐ A plan is being filed with this petition.
    - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
    - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
    - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.    Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

- ■ No
- ☐ Yes.

| | Debtor _____ | | Relationship to you _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

Debtor    **Angels of the Valley Hospice Care, LLC**                          Case number (*if known*) _____

Name

---

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:* |

    ■   Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☐   A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** (*Check all that apply.*)

    ☐  It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐  It needs to be physically secured or protected from the weather.

    ☐  It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐  Other _____

    **Where is the property?** _____

                   Number, Street, City, State & ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes.  Insurance agency _____

            Contact name _____

            Phone _____

---

**◼** **Statistical and administrative information**

---

**13.** **Debtor's estimation of available funds**  .   *Check one:*

    ■  Funds will be available for distribution to unsecured creditors.

    ☐  After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor  **Angels of the Valley Hospice Care, LLC**                                    Case number (*if known*) _____
        Name

---

| **Request for Relief, Declaration, and Signature** |

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 11, 2015**
             MM / DD / YYYY

**X** **/s/ Emerald Argonza**                                    **Emerald Argonza**
_____              _____
Signature of authorized representative of debtor                 Printed name

Title  **CEO**
       _____

**18. Signature of attorney**

**X** **/s/ Julie J. Villalobos**                     Date  **December 11, 2015**
_____                    _____
Signature of attorney for debtor                              MM / DD / YYYY

**Julie J. Villalobos**
_____
Printed name

**Oaktree Law**
_____
Firm name

**10900 183rd Street**
**Suite 270**
**Cerritos, CA 90703**
_____
Number, Street, City, State & ZIP Code

Contact phone  **(562)741-3938**          Email address  **julie@oaktreelaw.com**
               _____                        _____

**263382**
_____
Bar number and State

---

---

**Fill in this information to identify the case:**

Debtor name    **Angels of the Valley Hospice Care, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
     amended filing

---

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 11, 2015**     **X /s/ Emerald Argonza**
                                     Signature of individual signing on behalf of debtor

                                     **Emerald Argonza**
                                     Printed name

                                     **CEO**
                                     Position or relationship to debtor

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Emerald Argonza** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. **Do not include claims by anyone who is an insider.** Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | Unsecured claim |
|---|---|

**1**

**ALDEN TERRACE**
**1240 S. HOOVER STREET**
**Los Angeles, CA 90006**

What is the nature of the claim?    **Facility**      $ **$32,038.38**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____
     Value of security:    - $ _____
     Unsecured claim    $ _____

_____
_____
Contact
_____
Contact phone

**2**

**Bank of America**
**PO BOX 982238**
**El Paso, TX 79998**

What is the nature of the claim?    **Business Line of Credit**    $ **$22,438.62**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)    $ _____

_____
_____
Contact

Debtor 1   **Angels of the Valley Hospice Care, LLC**                                    Case number *(if known)*

| | |
|---|---|
| Contact phone | Value of security:                    - $ |
| | Unsecured claim                        $ |

---

| | | | |
|---|---|---|---|
| **3** | **Bank of America**<br>**PO BOX 982238**<br>**El Paso, TX 79998** | What is the nature of the claim?   **Business Credit**   $ **$9,150.84** | |

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)         $
Contact                                                         Value of security:           - $
Contact phone                                               Unsecured claim                $

---

| | | | |
|---|---|---|---|
| **4** | **BERKELEY VALLEY**<br>**Convalescent**<br>**6600 N. SEPULVEDA BLVD**<br>**Van Nuys, CA 91411** | What is the nature of the claim?   **Facility**   $ **$31,319.13** | |

As of the date you file, the claim is: Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)         $
Contact                                                         Value of security:           - $
Contact phone                                               Unsecured claim                $

---

| | | | |
|---|---|---|---|
| **5** | **BofI Federal Bank**<br>**4350 La Jolla Village Drive**<br>**Suite 140**<br>**San Diego, CA 92122** | What is the nature of the claim?   **Business Loan**   $ **$200,000.00** | |

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?

■ No
☐ Yes. Total claim (secured and unsecured)         $
Contact                                                         Value of security:           - $
Contact phone                                               Unsecured claim                $

---

| | | | |
|---|---|---|---|
| **6** | **Capital 1 Bank**<br>**Attn Bankruptcy Dept**<br>**PO BOX 30285**<br>**Salt Lake City, UT 84130-0285** | What is the nature of the claim?   **Credit Card**   $ **$12,300.00** | |

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 2

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1    **Angels of the Valley Hospice Care, LLC**    Case number *(if known)* _____

---

**Does the creditor have a lien on your property?**

■ No

Contact

☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact phone

---

| 7 | | | | |
|---|---|---|---|---|

**CATERED MANOR**
4010 N Virginia Rd
Long Beach, CA 90807

**What is the nature of the claim?**    **Facility**    $ **$31,608.31**

**As of the date you file, the claim is:** Check all that apply

■ Contingent
■ Unliquidated
■ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact

☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact phone

---

| 8 | | | | |
|---|---|---|---|---|

**CHASE**
PO BOX 15298
Wilmington, DE 19850-5298

**What is the nature of the claim?**    **Business Line of Credit**    $ **$144,878.97**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact

☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact phone

---

| 9 | | | | |
|---|---|---|---|---|

**Chase Mht Bank**
Attn Bankruptcy
PO BOX 15298
Wilmington, DE 19850-5298

**What is the nature of the claim?**    **Credit Card**    $ **$8,000.00**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

Contact

☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Unsecured claim    $ _____

Contact phone

---

| 10 | | | | |
|---|---|---|---|---|

**What is the nature of the claim?**    **Facility**    $ **$9,883.79**

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 3

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Angels of the Valley Hospice Care, LLC**    Case number *(if known)*

**COUNTRY VILLA**
**2415 S Western Ave**
**Los Angeles, CA 90018**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
      Value of security:    - $ _____
      Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| 11 | **EDD** | What is the nature of the claim? | **Payroll Tax Lien** | $ **$29,372.96** |

**EDD**
**PO BOX 989061**
**West Sacramento, CA 95798**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
      Value of security:    - $ _____
      Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| 12 | | What is the nature of the claim? | **Contract Nursing Services, Debt Disputed as Paid in Full** | $ **$17,159.33** |

**HRemedy**
**c/o Law Office of Phillip Landsman**
**22030 Ventura Blvd Ste 206**
**Woodland Hills, CA 91364**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?

- ■ No
- ☐ Yes. Total claim (secured and unsecured)    $ _____
      Value of security:    - $ _____
      Unsecured claim    $ _____

Contact _____

Contact phone _____

---

| 13 | **Internal Revenue Service** | What is the nature of the claim? | **Federal Tax** | $ **$147,970.45** |

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101**

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?

- No

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Angels of the Valley Hospice Care, LLC**      Case number *(if known)* _____

---

☐
☐   Yes. Total claim (secured and unsecured)    $ _____
         Value of security:    - $ _____
Contact phone         Unsecured claim    $ _____

Contact _____

---

| **14** | | |
|---|---|---|

**Mercedes Benz Financial**
P.O. Box 685
Roanoke, TX 76262

What is the nature of the claim?    **2014 Mercedes**    $ **$10,698.95**
                                  **CLS550, 4500mi**

As of the date you file, the claim is: Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

Does the creditor have a lien on your property?

☐   No
■   Yes. Total claim (secured and unsecured)    $ **$65,722.95**
         Value of security:    - $ **$55,024.00**
Contact          Unsecured claim    $ **$10,698.95**

Contact phone

---

| **15** | | |
|---|---|---|

**National Government Services**
PO BOX 7149
Indianapolis, IN 46207

What is the nature of the claim?    **Medicare**    $ **$221,297.33**

As of the date you file, the claim is: Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

Does the creditor have a lien on your property?

■   No
☐   Yes. Total claim (secured and unsecured)    $ _____
         Value of security:    - $ _____
Contact          Unsecured claim    $ _____

Contact phone

---

| **16** | | |
|---|---|---|

**National Government Services**
PO BOX 7149
Indianapolis, IN 46207

What is the nature of the claim?    **Medicare**    $ **$172,221.91**

As of the date you file, the claim is: Check all that apply
☐   Contingent
☐   Unliquidated
☐   Disputed
■   None of the above apply

Does the creditor have a lien on your property?

■   No
☐   Yes. Total claim (secured and unsecured)    $ _____
         Value of security:    - $ _____
Contact          Unsecured claim    $ _____

Contact phone

---

| **17** | | |
|---|---|---|

**PASADENA HEALTH**
1640 N. Fair Oaks Ave
Pasadena, CA 91103

What is the nature of the claim?    **Facility**    $ **$10,119.85**

As of the date you file, the claim is: Check all that apply
■   Contingent

---

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 5

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    __Angels of the Valley Hospice Care, LLC__    Case number (if known) _____

- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

_____    ■ No

Contact    ☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Contact phone    Unsecured claim    $ _____

---

| **18** | | What is the nature of the claim? | Services Rendered, State Pays Debtor Who Then Pays Service, State Has Not Sent Payment Yet, Creditor Trying to Collect From Debtor Directly Instead of | $ $24,860.36 |

**Sanders Rehaste Sternshein and Harvey
RE: Catered Manor
5316 E Chapman Ave
Orange, CA 92869**

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

_____    ■ No

Contact    ☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Contact phone    Unsecured claim    $ _____

---

| **19** | **State of California Audits and Investigations Medical Review Branch PO BOX 997413 MS 2300 Sacramento, CA 95899** | What is the nature of the claim? | Medi-Cal Overpayment | $ $381,518.00 |

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**

_____    ■ No

Contact    ☐ Yes. Total claim (secured and unsecured)    $ _____
Value of security:    - $ _____
Contact phone    Unsecured claim    $ _____

---

| **20** | **SUNRISE Convalescent 1640 N. Fair Oaks Ave Pasadena, CA 91103** | What is the nature of the claim? | Facility | $ $15,882.24 |

**As of the date you file, the claim is:** Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

---

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 6

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Angels of the Valley Hospice Care, LLC**                    Case number *(if known)*  _____

_____

_____            **Does the creditor have a lien on your property?**

                         ■    No

Contact                                      ☐    Yes. Total claim (secured and unsecured)    $ _____

_____                            Value of security:                - $ _____

Contact phone                                            Unsecured claim                     $ _____

---

| Part 2: | **Sign Below** |
|---|---|

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    **/s/ Emerald Argonza**                              X    _____
    **Emerald Argonza**                                   Signature of Debtor 2
    Signature of Debtor 1


Date    **December 11, 2015**                          Date    _____

B 104 (Official Form 104)                For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                Page 7

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

## United States Bankruptcy Court
### Central District of California

In re __**Angels of the Valley Hospice Care, LLC**__

Debtor(s)

Case No. _____

Chapter __**11**__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __**December 11, 2015**__

Signature __**/s/ Emerald Argonza**__

**Emerald Argonza**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Date:    **December 11, 2015** _____

/s/ Emerald Argonza _____
**Emerald Argonza**
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                              Page 1                **F 1015-2.1.STMT.RELATED.CASES**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Angels of the Valley Hospice Care, LLC** |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ALDEN TERRACE 1240 S. HOOVER STREET Los Angeles, CA 90006** | | **Facility** | **Contingent Unliquidated Disputed** | | | $32,038.38 |
| **Bank of America PO BOX 982238 El Paso, TX 79998** | | **Business Line of Credit** | | | | $22,438.62 |
| **Bank of America PO BOX 982238 El Paso, TX 79998** | | **Business Credit** | | | | $9,150.84 |
| **BERKELEY VALLEY Convalescent 6600 N. SEPULVEDA BLVD Van Nuys, CA 91411** | | **Facility** | **Contingent Unliquidated Disputed** | | | $31,319.13 |
| **Bofl Federal Bank 4350 La Jolla Village Drive Suite 140 San Diego, CA 92122** | | **Business Loan** | | | | $200,000.00 |
| **Capital 1 Bank Attn Bankruptcy Dept PO BOX 30285 Salt Lake City, UT 84130-0285** | | **Credit Card** | | | | $12,300.00 |
| **CATERED MANOR 4010 N Virginia Rd Long Beach, CA 90807** | | **Facility** | **Contingent Unliquidated Disputed** | | | $31,608.31 |
| **CHASE PO BOX 15298 Wilmington, DE 19850-5298** | | **Business Line of Credit** | | | | $144,878.97 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                      Best Case Bankruptcy

| Debtor | **Angels of the Valley Hospice Care, LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Chase Mht Bank Attn Bankruptcy PO BOX 15298 Wilmington, DE 19850-5298** | | **Credit Card** | | | | **$8,000.00** |
| **COUNTRY VILLA 2415 S Western Ave Los Angeles, CA 90018** | | **Facility** | **Contingent Unliquidated Disputed** | | | **$9,883.79** |
| **EDD PO BOX 989061 West Sacramento, CA 95798** | | **Payroll Tax Lien** | | | | **$29,372.96** |
| **HRemedy c/o Law Office of Phillip Landsman 22030 Ventura Blvd Ste 206 Woodland Hills, CA 91364** | | **Contract Nursing Services, Debt Disputed as Paid in Full** | **Contingent Unliquidated Disputed** | | | **$17,159.33** |
| **Internal Revenue Service P.O. Box 7346 Philadelphia, PA 19101** | | **Federal Tax** | | | | **$147,970.45** |
| **Mercedes Benz Financial P.O. Box 685 Roanoke, TX 76262** | | **2014 Mercedes CLS550, 4500mi** | | **$65,722.95** | **$55,024.00** | **$10,698.95** |
| **National Government Services PO BOX 7149 Indianapolis, IN 46207** | | **Medicare** | | | | **$221,297.33** |
| **National Government Services PO BOX 7149 Indianapolis, IN 46207** | | **Medicare** | | | | **$172,221.91** |
| **PASADENA HEALTH 1640 N. Fair Oaks Ave Pasadena, CA 91103** | | **Facility** | **Contingent Unliquidated Disputed** | | | **$10,119.85** |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor __Angels of the Valley Hospice Care, LLC_____    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Sanders Rehaste Sternshein and Harvey RE: Catered Manor 5316 E Chapman Ave Orange, CA 92869** | | **Services Rendered, State Pays Debtor Who Then Pays Service, State has Not Sent Payment Yet, Creditor Trying to Collect From Debtor Directly Instead of** | **Contingent Unliquidated Disputed** | | | **$24,860.36** |
| **State of California Audits and Investigations Medical Review Branch PO BOX 997413 MS 2300 Sacramento, CA 95899** | | **Medi-Cal Overpayment** | | | | **$381,518.00** |
| **SUNRISE Convalescent 1640 N. Fair Oaks Ave Pasadena, CA 91103** | | **Facility** | **Contingent Unliquidated Disputed** | | | **$15,882.24** |

Official form 204                 Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims                 page 3

**Fill in this information to identify the case:**

Debtor name      **Angels of the Valley Hospice Care, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..............................................................................................   $     0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................   $     777,839.00

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..............................................................................................   $     777,839.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $     71,717.76

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*....................................................................   $     177,343.41

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*...............................................   +$     1,358,775.65

4. Total liabilities .........................................................................................................................
   Lines 2 + 3a + 3b       $     1,607,836.82

**Fill in this information to identify the case:**

Debtor name __**Angels of the Valley Hospice Care, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| 3.1. | **Chase Business Checking** | | $60,000.00 |
| 3.2. | **Bank of America Checking** | | $50,000.00 |
| 4. | **Other cash equivalents** *(Identify all)* | | |
| 5. | **Total of Part 1.** | | $110,000.00 |
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | | |

**Part 2:**      **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**      **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**      **Investments**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Angels of the Valley Hospice Care, LLC** | Case number *(If known)* |
| --- | --- | --- |
| | Name | |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 39. | **Office furniture**<br>**Office Equipment and Furniture** | **$0.00** | | **$5,000.00** |

| 40. | **Office fixtures** |
| --- | --- |

41.    **Office equipment, including all computer equipment and communication systems equipment and software**

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.**<br>Add lines 39 through 42.  Copy the total to line 86. | **$5,000.00** |
| --- | --- | --- |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Angels of the Valley Hospice Care, LLC**                    Case number *(If known)* _____
_____Name_____

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.. **2014 Mercedes CLS550, 4500mi** | **$55,024.00** | Comparable sale | **$55,024.00** |
| 47.2.. **2011 Toyota Camry, 110000mi** | **$7,815.00** | Comparable sale | **$7,815.00** |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

**50.**    **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

**51.**    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.                              $62,839.00

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 9:**    **Real property**

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**    **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **60.** | **Patents, copyrights, trademarks, and trade secrets** | | |
| **61.** | **Internet domain names and websites** | | |
| **62.** **Licenses, franchises, and royalties**<br>**Provider Number, Contracts and 20 Patients** | **$0.00** | | **$350,000.00** |
| **63.** | **Customer lists, mailing lists, or other compilations** | | |
| **64.** | **Other intangibles, or intellectual property** | | |
| **65.** | **Goodwill** | | |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Angels of the Valley Hospice Care, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**66.** **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$350,000.00

**67.** **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

■ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:** **All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of debtor's interest

**71.** **Notes receivable**
Description (include name of obligor)
**Account Receivable**

| 250,000.00 | - | 0.00 | = | $250,000.00 |
|---|---|---|---|---|
| Total face amount | | doubtful or uncollectible amount | | |

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78.** **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$250,000.00

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    **Angels of the Valley Hospice Care, LLC**                                    Case number *(If known)* _____
          Name

<table>
<tr><td colspan="2">Part 12:</td><td>Summary</td><td></td><td></td></tr>
</table>

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $110,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $62,839.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ...............> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $350,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $250,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $777,839.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $777,839.00 |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name __**Angels of the Valley Hospice Care, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1    Mercedes Benz Financial**
Creditor's Name

**P.O. Box 685**
**Roanoke, TX 76262**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**2015**
**Last 4 digits of account number**
**6066**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2014 Mercedes CLS550, 4500mi**

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$65,722.95**    Value of collateral: **$55,024.00**

**2.2    Toyota Financial Services**
Creditor's Name

**PO Box 5855**
**Carol Stream, IL 60197**
Creditor's mailing address

_____
Creditor's email address, if known

**Date debt was incurred**
**2012**
**Last 4 digits of account number**
**2645**
**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2011 Toyota Camry, 110000mi**

Describe the lien
**Purchase Money Security**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$5,994.81**    Value of collateral: **$7,815.00**

---

Official Form 206D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 2

Debtor    **Angels of the Valley Hospice Care, LLC**

Name

Case number (if know)

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    | $71,717.76 |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| -NONE- | Line | |

---

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Angels of the Valley Hospice Care, LLC**

United States Bankruptcy Court for the:   **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2
in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with
   priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **29,372.96** | $ **20,845.50** |
|---|---|---|---|---|
|  | **EDD** | *Check all that apply.* | | |
|  | **PO BOX 989061** | ☐ Contingent | | |
|  | **West Sacramento, CA 95798** | ☐ Unliquidated | | |
|  | | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | **2014** | **Payroll Tax Lien** | | |
|  | Last 4 digits of account number **8368** | Is the claim subject to offset? | | |
|  | | ■ No | | |
|  | | ☐ Yes | | |
|  | Specify Code subsection of PRIORITY unsecured claim: | | | |
|  | 11 U.S.C. § 507(a) (8) | | | |

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **147,970.45** | $ **104,700.48** |
|---|---|---|---|---|
|  | **Internal Revenue Service** | *Check all that apply.* | | |
|  | **P.O. Box 7346** | ☐ Contingent | | |
|  | **Philadelphia, PA 19101** | ☐ Unliquidated | | |
|  | | ☐ Disputed | | |
|  | Date or dates debt was incurred | Basis for the claim: | | |
|  | **2014** | **Federal Tax** | | |
|  | Last 4 digits of account number **3754** | Is the claim subject to offset? | | |
|  | | ■ No | | |
|  | | ☐ Yes | | |

| | |
|---|---|
| Debtor | **Angels of the Valley Hospice Care, LLC** |
| | Name |

Case number (*if known*) _____

Specify Code subsection of PRIORITY
unsecured claim:
11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

---

**3.1**

**Nonpriority creditor's name and mailing address**
ALDEN TERRACE
1240 S. HOOVER STREET
Los Angeles, CA 90006

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**   Facility
_____

**Is the claim subject to offset?**
■ No
☐ Yes

$   **32,038.38**

---

**3.2**

**Nonpriority creditor's name and mailing address**
Allen Care Center
201 Allen Ave
Glendale, CA 91201

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**   Facility
_____

**Is the claim subject to offset?**
■ No
☐ Yes

$   **959.70**

---

**3.3**

**Nonpriority creditor's name and mailing address**
American Express
PO BOX 981537
El Paso, TX 79998

_____

Date or dates debt was incurred   _____

Last 4 digits of account number   **1004**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Credit Card
_____

**Is the claim subject to offset?**
■ No
☐ Yes

$   **0.00**

---

**3.4**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:**

$   **0.00**

---

Debtor   **Angels of the Valley Hospice Care, LLC**                     Case number (if known) _____
       <u>Name</u>

**American Express**                    Check all that apply.
**PO BOX 981537**                       ☐ Contingent
**El Paso, TX 79998**                   ☐ Unliquidated
                                        ☐ Disputed

                                        Basis for the claim:   **Credit Card** _____

Date or dates debt was incurred _____   Is the claim subject to offset?

                                        ■ No
Last 4 digits of account number   **1004** _____   ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **9,150.84** |

**Bank of America**                     Check all that apply.
**PO BOX 982238**                       ☐ Contingent
**El Paso, TX 79998**                   ☐ Unliquidated
                                        ☐ Disputed

                                        Basis for the claim:   **Business Credit** _____

Date or dates debt was incurred _____   Is the claim subject to offset?

                                        ■ No
Last 4 digits of account number   **0374** _____   ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **22,438.62** |

**Bank of America**                     Check all that apply.
**PO BOX 982238**                       ☐ Contingent
**El Paso, TX 79998**                   ☐ Unliquidated
                                        ☐ Disputed

                                        Basis for the claim:   **Business Line of Credit** _____

Date or dates debt was incurred _____   Is the claim subject to offset?

                                        ■ No
Last 4 digits of account number   **0319** _____   ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $ **31,319.13** |

**BERKELEY VALLEY Convalescent**        Check all that apply.
**6600 N. SEPULVEDA BLVD**              ■ Contingent
**Van Nuys, CA 91411**                  ■ Unliquidated
                                        ■ Disputed

                                        Basis for the claim:   **Facility** _____

Date or dates debt was incurred _____   Is the claim subject to offset?

                                        ■ No
Last 4 digits of account number   _____   ☐ Yes

---

| Debtor | **Angels of the Valley Hospice Care, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.8 | | | $ 200,000.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Bofl Federal Bank**
**4350 La Jolla Village Drive**
**Suite 140**
**San Diego, CA 92122**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:    Business Loan**

Date or dates debt was incurred    **6/2015**

Last 4 digits of account number    **3754**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

---

| 3.9 | | | $ 12,300.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Capital 1 Bank**
**Attn Bankruptcy Dept**
**PO BOX 30285**
**Salt Lake City, UT 84130-0285**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:    Credit Card**

Date or dates debt was incurred

Last 4 digits of account number    **5461**

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

---

| 3.10 | | | $ 31,608.31 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**CATERED MANOR**
**4010 N Virginia Rd**
**Long Beach, CA 90807**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:    Facility**

Date or dates debt was incurred

Last 4 digits of account number

**Is the claim subject to offset?**
- ■ No
- ☐ Yes

---

| 3.11 | | | $ 144,878.97 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**CHASE**
**PO BOX 15298**
**Wilmington, DE 19850-5298**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:    Business Line of Credit**

---

| Debtor | **Angels of the Valley Hospice Care, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Date or dates debt was incurred _____

Last 4 digits of account number    **5002**

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **5,257.20** |
|---|---|---|---|

**CHASE**
**PO BOX 15298**
**Wilmington, DE 19850-5298**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Business Line of Credit**

Date or dates debt was incurred _____

Last 4 digits of account number    **5001**

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **8,000.00** |
|---|---|---|---|

**Chase Mht Bank**
**Attn Bankruptcy**
**PO BOX 15298**
**Wilmington, DE 19850-5298**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Credit Card**

Date or dates debt was incurred _____

Last 4 digits of account number    **6859**

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **9,883.79** |
|---|---|---|---|

**COUNTRY VILLA**
**2415 S Western Ave**
**Los Angeles, CA 90018**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:    **Facility**

Date or dates debt was incurred _____

Last 4 digits of account number

Is the claim subject to offset?

☑ No

☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ **17,159.33** |
|---|---|---|---|

**HRemedy**
**c/o Law Office of Phillip Landsman**
**22030 Ventura Blvd Ste 206**
**Woodland Hills, CA 91364**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

---

| Debtor | **Angels of the Valley Hospice Care, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | Basis for the claim: | **Contract Nursing Services, Debt Disputed as Paid in Full** |
|---|---|---|---|

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number **2753**

■ No
☐ Yes

---

**3.16**

Nonpriority creditor's name and mailing address
**Juniper**
**PO BOX 23066**
**Columbus, GA 31902**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Credit Card**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number **9684**

■ No
☐ Yes

$ **156.00**

---

**3.17**

Nonpriority creditor's name and mailing address
**LIFEHOUSE MACLAY**
**12831 Maclay St**
**Sylmar, CA 91342**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:   **Facility**

Date or dates debt was incurred _____

Is the claim subject to offset?

Last 4 digits of account number _____

■ No
☐ Yes

$ **2,033.72**

---

**3.18**

Nonpriority creditor's name and mailing address
**National Government Services**
**PO BOX 7149**
**Indianapolis, IN 46207**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Medicare**

Date or dates debt was incurred **2013**

Is the claim subject to offset?

Last 4 digits of account number **3988**

■ No
☐ Yes

$ **172,221.91**

---

**3.19**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is:

$ **221,297.33**

---

Debtor    **Angels of the Valley Hospice Care, LLC**                                      Case number (if known)
_____
Name

| | |
|---|---|
| **National Government Services**<br>**PO BOX 7149**<br>**Indianapolis, IN 46207** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:    **Medicare** |

Date or dates debt was incurred    **2011-2012**                 Is the claim subject to offset?

                                                                 ■ No
Last 4 digits of account number    **1783**                       ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address<br>**PASADENA HEALTH**<br>**1640 N. Fair Oaks Ave**<br>**Pasadena, CA 91103** | As of the petition filing date, the claim is:<br>Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:    **Facility** | $    **10,119.85** |
|---|---|---|---|

Date or dates debt was incurred    _____             Is the claim subject to offset?

                                                                 ■ No
Last 4 digits of account number    _____              ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address<br>**QDS**<br>**Konica Minolta**<br>**PO BOX 550599**<br>**Jacksonville, FL 32255** | As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:    **Rental Fees** | $    **493.67** |
|---|---|---|---|

Date or dates debt was incurred    _____             Is the claim subject to offset?

                                                                 ■ No
Last 4 digits of account number    **9000**                       ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address<br>**ROYAL PALMS**<br>**630 West Boradway**<br>**CA 91120-4000** | As of the petition filing date, the claim is:<br>Check all that apply.<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim:    **Facility** | $    **697.35** |
|---|---|---|---|

Date or dates debt was incurred    _____             Is the claim subject to offset?

                                                                 ■ No
Last 4 digits of account number    _____              ☐ Yes

---

| Debtor | **Angels of the Valley Hospice Care, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.23**

**Nonpriority creditor's name and mailing address**
**SAN FERNANDO POST ACUTE**
**12260 Foothill Blvd**
**Sylmar, CA 91342**

$ **1,270.35**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**    **Facility**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

**3.24**

**Nonpriority creditor's name and mailing address**
**Sanders Rehaste Sternshein**
**and Harvey**
**RE: Catered Manor**
**5316 E Chapman Ave**
**Orange, CA 92869**

$ **24,860.36**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**    **Services Rendered, State Pays**
**Debtor Who Then Pays Service,**
**State has Not Sent Payment Yet,**
**Creditor Trying to Collect From**
**Debtor Directly Instead of**
**Waiting for State**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

**3.25**

**Nonpriority creditor's name and mailing address**
**Sophia Lyn Convalescent Hospital**
**1570 North Fair Oaks Ave**
**Pasadena, CA 91103**

$ **1,393.05**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:**    **Facility**

Date or dates debt was incurred _____

Last 4 digits of account number _____

Is the claim subject to offset?
■ No
☐ Yes

---

**3.26**

**Nonpriority creditor's name and mailing address**
**State of California**
**Audits and Investigations**
**Medical Review Branch**
**PO BOX 997413 MS 2300**
**Sacramento, CA 95899**

$ **381,518.00**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor    **Angels of the Valley Hospice Care, LLC**                                    Case number (if known) _____
       Name

Basis for the claim:    **Medi-Cal Overpayment**

Date or dates debt was incurred    _____    Is the claim subject to offset?

                                              ■ No
Last 4 digits of account number    **2002**    ☐ Yes

---

| 3.27 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SUNRISE Convalescent**
**1640 N. Fair Oaks Ave**
**Pasadena, CA 91103**

As of the petition filing date, the claim is:    $ **15,882.24**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:    **Facility**

Date or dates debt was incurred    _____    Is the claim subject to offset?

                                              ■ No
Last 4 digits of account number    _____    ☐ Yes

---

| 3.28 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Van Nuys Healthcare Center**
**6835 Hazeltine Ave**
**Van Nuys, CA 91405**

As of the petition filing date, the claim is:    $ **1,837.55**
Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:    **Facility**

Date or dates debt was incurred    _____    Is the claim subject to offset?

                                              ■ No
Last 4 digits of account number    _____    ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Franchise Tax Board**<br>**Bankruptcy, PIT MS A340**<br>**PO BOX 2952**<br>**Sacramento, CA 95812** | Line **2.1**<br><br>☐ Not listed. Explain _____ | **1124** |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | **177,343.41** |

---

| Debtor | **Angels of the Valley Hospice Care, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

| | | | | |
| --- | --- | --- | --- | --- |
| **5b. Total claims from Part 2** | | 5b. | + $ | **1,358,775.65** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ | **1,536,119.06** |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Angels of the Valley Hospice Care, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest | |
|     State the term remaining | |
|     List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name    **Angels of the Valley Hospice Care, LLC**

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)   _____

☐ Check if this is an
    amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1   **Rowena Argonza** | **4585 Grand Ave**<br>**Montclair, CA 91763** | **Mercedes Benz Financial** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.2   **Rowena Argonza** | **4585 Grand Ave**<br>**Montclair, CA 91763** | **Toyota Financial Services** | ■ D   **2.2**<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Angels of the Valley Hospice Care, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    **12/15**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

    ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2015** to **Filing Date** | ☐ Operating a business<br>     **2015 YTD: Debtor Business Gross**<br>■ Other  **Income** | **$2,000,000.00** |
| **For prior year:**<br>From  **1/01/2014** to **12/31/2014** | ☐ Operating a business<br>     **2014: Debtor Business Gross**<br>■ Other  **Income** | **$2,382,299.00** |
| **For year before that:**<br>From  **1/01/2013** to **12/31/2013** | ☐ Operating a business<br>     **2013: Debtor Business Gross**<br>■ Other  **Income** | **$3,453,684.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Debtor   **Angels of the Valley Hospice Care, LLC**                                    Case number *(if known)* _____

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **HRemedy INC DBA HR Medical Staffing v Angels of the Valley Hospice Care LLC 15A12753** | Civil | **Superior Court of California County of Los Angeles 9425 Penfield Ave Chatsworth, CA 91311** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **State of California Department of Health Care Services v Angels of the Valley Hospice Care P-1194830513-01001-320-02 P-1194830513-01001-320-02** | Share of Cost Audit | **Department of Health Care Services P.O. Box 997413 Sacramento, CA 95899** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Debtor | **Angels of the Valley Hospice Care, LLC** | Case number *(if known)* |
|---|---|---|

---

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None.

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br><br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br><br> List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? <br> Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Oaktree Law** <br> **10900 183rd Street** <br> **Suite 270** <br> **Cerritos, CA 90703** <br> **Cerritos, CA 90703** | **Attorney Fees** | **12/02/2015** | **$20,000.00** |
| | Email or website address <br> **julie@oaktreelaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Debtor | **Angels of the Valley Hospice Care, LLC** | | Case number *(if known)* _____ |

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |

---

**Part 7:    Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy<br>From-To |
|---|---|---|
| 14.1. | **2490 Honolulu Ave, Suite 115<br>Montrose, CA 91020** | **2009-2014** |

---

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

---

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   Medical Records
   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and<br>Address | Last 4 digits of<br>account number | Type of account or<br>instrument | Date account was<br>closed, sold,<br>moved, or<br>transferred | Last balance<br>before closing or<br>transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this

| Debtor | **Angels of the Valley Hospice Care, LLC** | Case number *(if known)* | |

case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.    Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                                          Best Case Bankruptcy

| Debtor | **Angels of the Valley Hospice Care, LLC** | Case number *(if known)* | _____ |
|---|---|---|---|

**Part 13:      Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **EARL BENEDICT MACASAET CPA**<br>**540 E Foothill Blvd Suite 204**<br>**San Dimas, CA 91773** | **2004 - Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement
within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Victoria Simpson and Nancy Buresh** | **2600 Foothill Blvd Suite 202 La Crescenta, CA 91214** | **Investor** | **5% Partner** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Emerald Argonza** | **2600 Foothill Blvd Suite 202 La Crescenta, CA 91214** | **CEO** | **80% Owner** |

Debtor   **Angels of the Valley Hospice Care, LLC**                                    Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Emerald I.Argonza Jr | 4585 Grand Ave Montclair, CA 91763 | Investor | 5% Partner |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Tiffani Kris Sapanghila Argonza | 4585 Grand Ave Montclair, CA 91763 | Investor | 5% Partner |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Edmond I. Argonza | 4585 Grand Ave Montclair, CA 91763 | Investor | 5% Partner |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor     **Angels of the Valley Hospice Care, LLC**                          Case number *(if known)*

---

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **December 11, 2015**

**/s/ Emerald Argonza**                                    **Emerald Argonza**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor     **CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2015 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Central District of California

In re   **Angels of the Valley Hospice Care, LLC**

Debtor(s)

Case No.

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 20,000.00 |
| Prior to the filing of this statement I have received | $ | 20,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **December 11, 2015** | **/s/ Julie J. Villalobos** |
| *Date* | **Julie J. Villalobos 263382** |
| | *Signature of Attorney* |
| | **Oaktree Law** |
| | **10900 183rd Street** |
| | **Suite 270** |
| | **Cerritos, CA 90703** |
| | **(562)741-3938   Fax: (888)408-2210** |
| | **julie@oaktreelaw.com** |
| | *Name of law firm* |

---

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Julie J. Villalobos**<br>**10900 183rd Street**<br>**Suite 270**<br>**Cerritos, CA 90703**<br>**(562)741-3938 Fax: (888)408-2210**<br>California State Bar Number: **263382**<br>**julie@oaktreelaw.com** | |

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor(s):*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>      **Angels of the Valley Hospice Care, LLC**<br><br><br><br>                                                    Debtor(s). | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| | **VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(d)]** |

Pursuant to LBR 1007-1(d), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **December 11, 2015** _____    **/s/ Emerald Argonza** _____
                                                                                            Debtor's signature

Date: **December 11, 2015** _____    _____
                                                                                            Joint Debtor's signature (if applicable)

Date: **December 11, 2015** _____    **/s/ Julie J. Villalobos** _____
                                                                                            Attorney's signature (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2014*                                                                    **F 1007-1.MAILING.LIST.VERIFICATION**

Angels of the Valley Hospice Care, LLC
2600 Foothill Blvd Suite 202
La Crescenta, CA 91214


Julie J. Villalobos
Oaktree Law
10900 183rd Street
Suite 270
Cerritos, CA 90703


ALDEN TERRACE
1240 S. HOOVER STREET
Los Angeles, CA 90006


Allen Care Center
201 Allen Ave
Glendale, CA 91201


American Express
PO BOX 981537
El Paso, TX 79998


Bank of America
PO BOX 982238
El Paso, TX 79998


BERKELEY VALLEY Convalescent
6600 N. SEPULVEDA BLVD
Van Nuys, CA 91411


BofI Federal Bank
4350 La Jolla Village Drive
Suite 140
San Diego, CA 92122

Capital 1 Bank
Attn Bankruptcy Dept
PO BOX 30285
Salt Lake City, UT 84130-0285


CATERED MANOR
4010 N Virginia Rd
Long Beach, CA 90807


CHASE
PO BOX 15298
Wilmington, DE 19850-5298


Chase Mht Bank
Attn Bankruptcy
PO BOX 15298
Wilmington, DE 19850-5298


COUNTRY VILLA
2415 S Western Ave
Los Angeles, CA 90018


EDD
PO BOX 989061
West Sacramento, CA 95798


Franchise Tax Board
Bankruptcy, PIT MS A340
PO BOX 2952
Sacramento, CA 95812


HRemedy
c/o Law Office of Phillip Landsman
22030 Ventura Blvd Ste 206
Woodland Hills, CA 91364

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


Juniper
PO BOX 23066
Columbus, GA 31902


LIFEHOUSE MACLAY
12831 Maclay St
Sylmar, CA 91342


Mercedes Benz Financial
P.O. Box 685
Roanoke, TX 76262


National Government Services
PO BOX 7149
Indianapolis, IN 46207


PASADENA HEALTH
1640 N. Fair Oaks Ave
Pasadena, CA 91103


QDS
Konica Minolta
PO BOX 550599
Jacksonville, FL 32255


Rowena Argonza
4585 Grand Ave
Montclair, CA 91763

ROYAL PALMS
630 West Boradway
CA 91120-4000


SAN FERNANDO POST ACUTE
12260 Foothill Blvd
Sylmar, CA 91342


Sanders Rehaste Sternshein
and Harvey
RE: Catered Manor
5316 E Chapman Ave
Orange, CA 92869


Sophia Lyn Convalescent Hospital
1570 North Fair Oaks Ave
Pasadena, CA 91103


State of California
Audits and Investigations
Medical Review Branch
PO BOX 997413 MS 2300
Sacramento, CA 95899


SUNRISE Convalescent
1640 N. Fair Oaks Ave
Pasadena, CA 91103


Toyota Financial Services
PO Box 5855
Carol Stream, IL 60197


Van Nuys Healthcare Center
6835 Hazeltine Ave
Van Nuys, CA 91405

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Julie J. Villalobos**<br>**10900 183rd Street**<br>**Suite 270**<br>**Cerritos, CA 90703**<br>**(562)741-3938 Fax: (888)408-2210**<br>California State Bar Number: **263382**<br>julie@oaktreelaw.com | |

■ *Attorney for:*

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Angels of the Valley Hospice Care, LLC**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|
| | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
| | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   __Julie J. Villalobos 263382_____ , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                    **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.         I have personal knowledge of the matters set forth in this Statement because:
    - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
    - ☐ I am a party to an adversary proceeding
    - ☐ I am a party to a contested matter
    - ☒ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
    *[For additional names, attach an addendum to this form.]*

  b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **December 11, 2015** | By: **/s/ Julie J. Villalobos** |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name: **Julie J. Villalobos 263382** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                              **F 1007-4.CORP.OWNERSHIP.STMT**